THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| CHARLES E. GREENWALT, | CASE NO. C19-1351-JCC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JEFFREY UTTECHT, | |
| Respondent. | |

This matter comes before the Court on Petitioner's objections (Dkt. No. 5) to the report and recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 4). Having thoroughly considered Petitioner's 28 U.S.C. § 2254 habeas petition, the report and recommendation, Petitioner's objections, and the relevant record, the Court hereby finds and ORDERS as follows:

1. Petitioner's objections (Dkt. No. 5) are OVERRULED;
2. The report and recommendation (Dkt. No. 4) is ADOPTED;
3. Petitioner's 28 U.S.C. § 2254 habeas petition (Dkt. No. 3) is DISMISSED with prejudice;
4. Petitioner is DENIED issuance of a certificate of appealability; and
5. The Clerk is DIRECTED to send a copy of this order to Petitioner.

//

//

1       DATED this 30th day of October 2019.

                                              John C. Coughenour
                                              UNITED STATES DISTRICT JUDGE

ORDER
C19-1351-JCC
PAGE - 2